PROB 12C
(6/16)

Report Date: July 13, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willisha Barber                  Case Number: 0980 2:13CR00178-RMP-1

Address of Offender:                     Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 14, 2014

Original Offense:        Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(i)

Original Sentence:       Prison - 54 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorneys Office         Date Supervision Commenced: April 5, 2018

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: April 4, 2021

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

     1               **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                     **Supporting Evidence**: On April 9, 2018, Ms. Barber was given a copy of her judgment and conditions of supervision were explained to her. Ms. Barber signed the judgment stating she understood all of her conditions.

                     Ms. Barber was in direct violation of special condition number 21 by failing to submit to drug testing as directed.

                     Due to Ms. Barber's history of drug use, she was directed to call the urine testing hotline daily and to listen for the color "GREEN". If the color "GREEN" was called, she had from 7:00AM to 7:00PM to supply a urine sample.

                     On July 6, 2018, the color "GREEN" was called and Ms. Barber failed to submit to drug testing.

Prob12C
Re: Barber, Willisha
July 13, 2018
Page 2

|   |   |
|---|---|
| 2 | **Special Condition # 21**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On April 9, 2018, Ms. Barber was given a copy of her judgment and conditions of supervision were explained to her. Ms. Barber signed the judgment stating she understood all of her conditions.

Ms. Barber was in direct violation of special condition number 21 by admitting to using methamphetamine and marijuana from the dates of July 3, to July 9, 2018.

Ms. Barber texted the undersigned officer on July 10, 2018, stating she "got drunk and used." She was directed to report to the United States Probation Office on July 10, 2018.

She reported as directed and self-disclosed that she had used marijuana and methamphetamine from the dates of July 3, to July 9, 2018. She signed a drug use admission form admitting to the illegal drug use.

|   |   |
|---|---|
| 3 | **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On April 9, 2018, Ms. Barber was given a copy of her judgment and conditions of supervision were explained to her. Ms. Barber signed the judgment stating she understood all of her conditions.

Ms. Barber was in direct violation of special condition number 22 by admitting to consuming alcohol from the dates of July 3, to July 9, 2018.

On July 10, 2018, Ms. Barber reported in a text that she "got drunk". This officer directed her to report to the United States Probation Office on July 10, 2018.

Ms. Barber reported as directed and self-disclosed that she drank alcohol from July 3, to July 9, 2018. She signed an alcohol use admission form stating she drank alcohol during the above-mentioned time frame.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/13/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Barber, Willisha**
**July 13, 2018**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   Other   Initial Appearance before the magistrate judge shall be held at least 30 days out from the date of this order.

_____
Signature of Judicial Officer

7/13/2018
_____
Date