PROB 12C
(6/16)

Report Date:  August 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 29, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willisha Barber                    Case Number: 0980 2:13CR00178-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: May 14, 2014

| | |
|---|---|
| Original Offense: | Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: April 5, 2018 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: April 4, 2021 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 07/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: Ms. Barber is in violation of standard condition number 6 by failing to disclose where she is currently residing.

On April 9, 2018, Ms. Barber was given a copy of her judgment and her conditions of supervision were explained to her.  Ms. Barber signed the judgment stating she understood all of her conditions.

On August 25, 2018, the undersigned officer received a message from Ms. Barber stating that her housing may be in jeopardy, and she may be terminated from the recovery house program. Later that day, this officer received a second voice mail from staff at Spokane Addiction Recovery Center (SPARC) stating Ms. Barber had been discharged from their recovery house program.

**Prob12C**
**Re: Barber, Willisha**
**August 29, 2018**
**Page 2**

On August 26, 2018, Ms. Barber left a message for the undersigned officer stating she was calling from the House of Charity. She did not report where she was going to be staying or how to reach her. The undersigned officer called the House of Charity on August 27, 2018, in an attempt to locate Ms. Barber. The staff  stated that nobody with the name "Willisha Barber" had stayed at their location the previous night.

This officer has attempted to contact multiple family members and left numerous messages on Ms. Barber's cell phone. Family members state they have no idea where she is and Ms. Barber has not returned any of this officer's messages. Currently, her whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/29/2018
_____

s/Joshua D. Schull
_____

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

8/29/2018
_____
Date