PROB 12C
(6/16)

Report Date: March 13, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Willisha Barber | Case Number: 0980 2:13CR00178-RMP-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 14, 2014

Original Offense:   Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (09/25/2018) | Prison - 2 months<br>TSR - 34 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: November 7, 2018 | |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: September 6, 2021 | |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1   **Special Condition # 8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 7, 2019, Ms. Barber was in direct violation of special condition 8 by using methamphetamine.

On November 9, 2018, Ms. Barber was given a copy of her judgment. This officer explained each condition of supervision and Ms. Barber signed her judgement reflecting that she understood each condition.

On March 7, 2019, Ms. Barber called the undersigned officer and stated that she had just submitted a urine sample at Pioneer Human Services (PHS) and that it would be positive for methamphetamine. She also signed a drug use admission form stating she used methamphetamine.

Prob12C
**Re: Barber, Willisha**
**March 13, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/13/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[ x ]  The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

3/13/2019

Date