PROB 12C
(6/16)

Report Date: October 20, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Willisha Barber | | Case Number: 0980 2:13CR00178-RMP-1 |
| Address of Offender: | Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: | The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: May 14, 2014 | | |
| Original Offense: | Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I) | |
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/25/2018) | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: November 7, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 6, 2021 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Ms. Barber is allegedly in violation of mandatory condition #1 by being charged with fourth degree assault on October 16, 2020.<br><br>On November 9, 2018, Ms. Barber was given a copy of her judgment. This officer explained each condition of supervision and Ms. Barber signed her judgement reflecting that she understood each condition.<br><br>Spokane Police Department report #2020-20182659 references the alleged conduct of Ms. Barber. The report states the victim went to Ms. Barber's residence to retrieve a credit card and a wrist watch that the victim's boyfriend had left at the residence.<br><br>When the victim was outside the residence, Ms. Barber came out of the house stating she was going to "slit her throat, and her children's throats." Ms. Barber proceeded to punch the victim with a closed fist in the face, breaking an implant in her mouth and driving a metal bar into her cheek. |

Prob12C
Re: Barber, Willisha
October 20, 2020
Page 2

|   |   |
|---|---|
|   | The victim contacted police and when the police responded, they were unable to locate Ms. Barber. |
| 2 | **Special Condition #9:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence:** Ms. Barber is allegedly in violation of special condition #9 by consuming alcohol on October 16, 2020.

On November 9, 2018, Ms. Barber was given a copy of her judgment. This officer explained each condition of supervision and Ms. Barber signed her judgement reflecting that she understood each condition.

Spokane Police Department report #2020-20182479 references that on October 16, 2020, Ms. Barber had gotten into a fight with her brother. When police reported to the residence, Ms. Barber gave the statement she was "hanging out with her brother and they were drinking most of the day and were both intoxicated." Ms. Barber also confirmed that she had been consuming alcohol that day.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/20/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/20/2020
Date