PROB 12C
(6/16)

Report Date: December 2, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Willisha Barber                     Case Number: 0980 2:13CR00178-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 14, 2014

| | | |
|---|---|---|
| Original Offense: | Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I) | |
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (09/25/2018) | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: November 7, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 6, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

3        **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On November 17, 2020, Ms. Barber was allegedly in violation of standard condition number 5 by changing her residence and failing to notify the undersigned officer.

On November 9, 2018, Ms. Barber was given a copy of her judgment. This officer explained each condition of supervision and Ms. Barber signed her judgement reflecting that she understood each condition.

Prob12C
**Re: Barber, Willisha**
**December 2, 2020**
**Page 2**

On November 17, 2020, a deputy U.S. marshal reported to the last known address of Ms. Barber. When he knocked on the door, he was met by a male who stated he was the landlord of the residence. He then reported he had asked Ms. Barber to leave his residence roughly 2 weeks prior. He was unaware of where she was residing.

As of writing this report, Ms. Barber has not notified the undersigned officer of her change of address. Her whereabouts are still unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/02/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/2/2020
Date