PROB 12C
(6/16)

Report Date: February 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Willisha Barber | Case Number: 0980 2:13CR00178-RMP-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: May 14, 2014

| | | |
|---|---|---|
| Original Offense: | Malicious Use of Fire to Damage Property Used in Interstate Commerce, 18 U.S.C. § 844(I) | |
| Original Sentence: | Prison - 54 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/25/2018) | Prison - 2 months<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: November 7, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 6, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2020 and 12/02/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3:** You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: It is alleged that Willisha Barber is in violation of standard condition number 3 by leaving the Eastern District of Washington. Specifically, on February 1, 2021, Ms. Barber called the undersigned officer and disclosed she had been residing in the District of Oregon and was currently residing in the District of Idaho. She was not given permission to leave the Eastern District of Washington.<br><br>On November 9, 2018, Ms. Barber was given a copy of her judgment. This officer explained each condition of supervision and Ms. Barber signed her judgement reflecting that she understood each condition.<br><br>On February 1, 2021, Ms. Barber called the undersigned officer after being on absconder status for many months. She reported she had been residing in both Oregona and Idaho. She was unable to give the undersigned officer her current whereabouts. She was directed to immediately report to the Spokane County Jail. |

Prob12C
**Re: Barber, Willisha**
**February 2, 2021**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/02/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/2/2021
Date